****CORRECTED COPY – DESTROY ALL OTHERS****

# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman Basic MICHAEL J. O'BRIEN, JR.
### United States Air Force

## ACM S32202

## 19 September 2014

Sentence adjudged 11 September 2013 by SPCM convened at Beale Air Force Base, California. Military Judge: Todd E. McDowell.

Approved Sentence: Bad-conduct discharge, confinement for 9 months, and forfeiture of $1010.00 pay per month for 9 months.

Appellate Counsel for the Appellant: Captain Jeffrey A. Davis.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The Court-Martial Order (CMO) incorrectly states the sentence was adjudged by a military judge. We have considered this clerical error and determined that it is not prejudicial; however, we order a corrected CMO. Air Force Instruction 51-201, *Administration of Military Justice*, ¶ 10.10 (6 June 2013).

Accordingly, the approved findings and sentence are

AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court